IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-00227 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| CORDARIUS CALDWELL | ) | 18 U.S.C. § 924 |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about November 16, 2023, in the Middle District of Tennessee, the defendant, **CORDARIUS CALDWELL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Ruger model LC380 caliber .380 Auto pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of this Indictment, the defendant, **CORDARIUS CALDWELL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in any knowing violation of the offense, or intended to be used in the offense, including a Ruger model LC380 caliber .380 Auto pistol and related ammunition.

A TRUE BILL

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*/s/ BK Schiferle*

BROOKE K. SCHIFERLE
ASSISTANT UNITED STATES ATTORNEY